FILED

APR 0 6 2023

Clerk, U.S. District Court
District Of Montana
Great Falls

**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER ANDREW DIETRICH,<br><br>Defendant. | CR 23- 05 -BU- DLC<br><br>**INDICTMENT**<br><br>**INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS (Count 1)**<br>Title 49 U.S.C. § 46504<br>(Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>**ABUSIVE SEXUAL CONTACT IN SPECIAL AIRCRAFT JURISDICTION OF THE UNITED STATES (Count 2)**<br>Title 18 U.S.C. § 2244(b); 49 U.S.C. § 46506(1)<br>(Penalty: Two years of imprisonment, $250,000 fine, and one year of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT 1

On or about February 11, 2023, on board Delta Airlines Flight 3789 en-route from Salt Lake City, Utah to Bozeman, Montana, in the State and District of Montana, and elsewhere, the defendant, HUNTER ANDREW DIETRICH, on an aircraft in the special aircraft jurisdiction of the United States, did assault and intimidate flight crew members and flight attendants of that aircraft, interfere with the performance of the duties of the members and attendants, and did lessen the ability of the members and attendants to perform those duties, in violation of 49 U.S.C. § 46504.

## COUNT 2

On or about February 11, 2023, on board Delta Airlines Flight 3789 en-route from Salt Lake City, Utah to Bozeman, Montana, in the State and District of Montana, and elsewhere, the defendant, HUNTER ANDREW DIETRICH, on an aircraft in the special aircraft jurisdiction of the United States, did knowingly

//
//
//
//
//
//
//

engage in sexual contact with another person without that other person's permission, in violation of 18 U.S.C. § 2244(b) and 49 U.S.C. § 46506(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

For _____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney