IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–5–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| HUNTER ANDREW DIETRICH, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to File Two Character Letters Under Seal.  (Doc. 47.)  As grounds, Defendant explains that the two character letters contain sensitive health care information about Defendant, and it is not practical to file redacted versions in the public record.  (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 47) is GRANTED. Defendant may file two character letters under seal.

DATED this 25th day of June, 2024.

Dana L. Christensen, District Judge
United States District Court

1